# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN ANTHONY BROWN, | NO. EDCV 15-0429-CBM (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M. FRINK, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: March 17, 2015.

*(signature)*

FOR CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE